## DEPUY SYNTHES PRODUCTS, LLC, Appellant,

v.

## SMITH & NEPHEW, INC., Appellee.

### No. 2014–1136.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2015.

Paul J. Cronin, Nutter, McClennen & Fish, LLP, of Boston, Massachusetts, argued for appellant. With him on the brief were Heather B. Repicky and Lisa J. Adams.

Joseph R. Re, Knobbe, Martens, Olson, & Bear, LLP, of Irvine, California, argued for appellee. With him on the brief were Christy G. Lea; Bradley T. Lennie, Hunton & Williams, LLP, of Washington DC; and Robert A. King and David A. Kelly, of Atlanta, Georgia.

LOURIE, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.